```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CHRISTOPHER HANCOCK,

                    Plaintiff,
                                                    ORDER
         - against -
                                               20 Civ. 9927 (NRB)
THE CITY OF NEW YORK, POLICE OFFICER
IAN ABRAMOWITZ, and JOHN and JANE
DOES,

                    Defendants.
----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in this case, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:   New York, New York
         February 1, 2022

```
                                    _____
                                        NAOMI REICE BUCHWALD
                                     UNITED STATES DISTRICT JUDGE
```